UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case: 1:23-cr-00252
Assigned to: Judge Reyes, Ana C.
Assign Date: 7/26/2023
Description: INDICTMENT (B)

UNITED STATES OF AMERICA

v.

MARIO MARES,

Defendant.

VIOLATIONS:
18 U.S.C. § 1752(a)(1) and (b)(1)(A)
(Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon)
18 U.S.C. § 1752(a)(2)
(Disorderly and Disruptive Conduct in a Restricted Building or Grounds)
40 U.S.C. § 5104(e)(1)
(Unlawful Possession of a Firearm on Capitol Grounds or Buildings)
40 U.S.C. § 5104(e)(2)(D)
(Disorderly Conduct in a Capitol Building)

## ORDER

This matter having come before the Court pursuant to the application of the United States to seal a criminal indictment and associated documents, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the Indictment and other related materials, the instant application to seal, and this Order are sealed until the arrest warrant is executed.

2. IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Date: July 26, 2023

Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2023.07.26 16:47:42 -04'00'

HONORABLE ROBIN M. MERIWEATHER
UNITED STATES DISTRICT JUDGE

4