AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:23-cr-00252 |
| | ) | Assigned to: Judge Reyes, Ana C. |
| Mario Mares | ) | Assign Date: 7/26/2023 |
| | ) | Description: INDICTMENT (B) |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*name of person to be arrested)*   Mario Mares
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (b)(1)(A)- (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon)

18 U.S.C. § 1752(a)(2)- (Disorderly and Disruptive Conduct in a Restricted Building or Grounds)

40 U.S.C. § 5104(e)(1)- (Unlawful Possession of a Firearm on Capitol Grounds or Buildings)

40 U.S.C. § 5104(e)(2)(D)- (Disorderly Conduct in a Capitol Building)

Date:   07/26/2023

Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2023.07.26 16:48:17 -04'00'

*Complaintant's signature*

City and state:   Washington, DC

Honorable Robin M. Meriweather
*United States Magistrate Judge*

### Return

This warrant was received on *(date)* 7/28/2023, and the person was arrested on *(date)* 8/2/23
at *(city and state)* Ballinger, Texas

Date: 8/2/23

*Arresting officer's signature*

Michael Elliston / Special Agent
*Printed name and title*