UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | Case No.  23-CR-252 |
| **MARIO MARES** : | |
| : | |

### NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia informs the Court that the above-captioned matter is  assigned to Assistant United States Attorney Ryan Sellinger, telephone number (202) 815-8709 and/or email address Ryan.Sellinger@usdoj.gov.

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY
    D.C. Bar No. 481052

    */s//Ryan Sellinger*
    Ryan Sellinger
    NY Bar No. 552179
    United States Attorney's Office
    District of Columbia
    601 D Street NW
    Washington, DC 20530
    Ph. (202) 815-8709
    Ryan.Sellinger@usdoj.gov