UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| v.                           ) | No. 23-CR-252 (ACR) |
| ) | |
| MARIO MARES,                 ) | |
| ) | |
| Defendant                ) | |
| ) | |

## MOTION TO CONTINUE ARRAIGNMENT AND STATUS HEARING

Defendant Mario Mares, through undersigned counsel, submits this Motion to Continue the Arraignment and Status Hearing in the above captioned matter currently scheduled for Tuesday, August 29, 2023.  Mr. Mares is seeking a continuance of the arraignment and status hearing in this matter because he has recently retained counsel, and his new counsel is unavailable for the currently scheduled hearing. Undersigned counsel has been informed that Mr. Mares' new attorney, who will enter her appearance shortly, is available the week of September 18, 2023. Undersigned counsel spoke with government counsel in this case, who advised that the government not oppose the requested continuance and that government counsel are available for a hearing the week of September 18.

Mr. Mares waives and agrees that time under the Speedy Trial Act be tolled from August 29, 2023, until the date of the continued hearing in this matter, in order to facilitate Mr. Mares finalizing his engagement with his new counsel and to allow his counsel to get up to speed and travel to D.C. for the hearing.

WHEREFORE, Mr. Mares respectfully requests that the arraignment and status hearing scheduled for August 29, 2023, be vacated and that the hearing be rescheduled for the week of September 18, 2023.  The Government and Mr. Mares also request that the time between August

29, 2023 and the date of the rescheduled hearing be excluded in this case for purposes of any computation under the Speedy Trial Act.

Respectfully submitted,

A. J. KRAMER  
FEDERAL PUBLIC DEFENDER

By: _____/s/_____  
Kate Adams  
Assistant Federal Public Defender  
625 Indiana Avenue NW  
Suite 550  
Washington, D.C. 20004  
(202) 208-7500  
Kate_Adams@fd.org