UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | No. 23-CR-252 (ACR) |
| ) | |
| **MARIO MARES,** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

### [PROPOSED] ORDER

Upon consideration of Mr. Mares' Motion to Continue Arraignment and Status Hearing, and for good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED;** it is further

**ORDERED** that the status conference currently scheduled for August 29, 2023 is vacated and reset for September _____, 2023 at _____; it is further

**ORDERED** that time under the Speedy Trial Act be excluded from August 29, 2023, to the date of the continued hearing. The Court finds that the ends of justice served by granting of such continuance outweigh the best interests of the public and the Defendant in a speedy trial.

**SO ORDERED.**

_____
ANA C. REYES
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA