# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. **1:23-cr-00252 (ACR)** |
| ) | |
| **MARIO MARES,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF APPEARANCE OF COUNSEL

To:   The clerk of court and all authorized parties of record,

I am admitted to practice in this Court; and I appear in this case as pro bono counsel for

**DEFENDANT MARIO MARES**.

Dated August 30, 2023                                  Respectfully submitted,

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart, Bar No. FL-0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
Email: Carolstewart_esq@protonmail.com

**CERTIFICATE OF SERVICE**

I hereby certify on the 30th day of AUGUST 2023, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

<u>/s/ Carolyn Stewart</u>
Carolyn Stewart, Esq.