**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. **1:23-cr-00252 (ACR)** |
| | ) | |
| **MARIO MARES,** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF CONSENT FOR REMOTE APPEARANCE VIA VIDEOCONFERENCE FOR ARRAIGNMENT AND STATUS CONFERENCE

Comes now the Defendant, MARIO MARES, by and through undersigned counsel, and provides Notice of Consent to his and undersigned counsel's appearance via remote videoconference (Zoom) for his arraignment and status conference scheduled for September 11, 2023. Mr. Mares' Consent applies to any rescheduling of the proceeding as the Court may require.

Dated August 30, 2023                Respectfully submitted,

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart, Bar No. FL-0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
Email: Carolstewart_esq@protonmail.com

### CERTIFICATE OF SERVICE

I hereby certify on the 30th day of AUGUST 2023, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Carolyn Stewart
Carolyn Stewart, Esq.