## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:23-cr-00252 (ACR) |
| ) | |
| MARIO MARES, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF DEFENDANT'S FILING OF SIGNED PROTECTIVE ORDER

Defendant, MARIO MARES, by and through undersigned counsel, provides notice that he signed the Protective Order that was approved by the Court on August 31, 2023. ECF No. 13.

He authorized the undersigned to sign for him given the two plus week turn-around time to receive and send legal papers from the D.C. Detention Facility. He will review the order with counsel when he receives any discovery.

A copy of Mr. Mares' signed and dated Acceptance is attached hereto as an exhibit.

Dated September 1, 2023                Respectfully submitted,

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart, Bar No. FL-0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
Email: Carolstewart_esq@protonmail.com

### CERTIFICATE OF SERVICE

I hereby certify on the 1st day of September 2023, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Carolyn Stewart
Carolyn Stewart, Esq.