Case 1:23-cr-0252

# EXHIBIT 1

# SUPPORT LETTERS

Andrea Mares
Ballinger, TX

September 22,2023

United States District Court for the District of Columbia
Attention: Honorable Judge Ana C. Reyes
E. Prettyman Courthouse
Washington, D.C. 20001

Statement for Bond Hearing Re: Mario Mares, Case 1:23-cr-252 (ACR)

Dear Judge Reyes,

Your Honor, thank you for your time in considering my request to please release my husband
Mario Mares so he can come home to me, his family, church family, business clients, and our and
the citizens of our small town community who miss him dearly.

No honest person who knows Mario would ever say He was dangerous to anyone or that he
would deliberately break the law. I have known Mario for a long time and affirm that he is a very
good, decent man. Mario and I grew up in a small town in the 1980's. Our families knew each
for many years. Our parents attended school together. Then Mario and I attended the same
schools together since grade school. In 1991 Mario and I became high school sweethearts. We
married in 1993, three months after graduation and have been together since. I knew early on in
our relationship that he was the partner I wanted to go thru my lifetime with. His outgoing
personality was contagious. His kindness and love for his family and friends made me love him
more. There is nothing he would not do, legally of course, to help a fellow neighbor, friend or
family member.

I pray you will believe me when I say that Mario will absolutely follow any release conditions,
will show up in court whenever required, and will never be a danger to anyone. And if someone
falsely accused him of anything in this case or for anything else, Mario would not act, and
instead would follow his values where he will ask God to judge and forgive any accuser for
bearing false witness. If you have any reservations about releasing Mario on his recognizance,
then please release him into my custody. I have no criminal record and support following the law.

Mario has always had a heart of gold and has a reputation as being a decent man who follows the
law and helps others. I ask you to consider recent examples. During Hurricane Harvey in 2017
Mario made a community offer for his welding shop to serve as a drop off site for supplies to
take down south to fellow Texans who lived in the hard hit path of that storm. With our
community's help in donations, we took a semi-truck and Mario's pick-up pulled a cargo trailer
full of supplies to the Texas coast. He declined a local newspaper story about his efforts and said
he did not do it for publicity reasons. Mario led the aid effort because he was answering that call
for those in need. Mario is always willing to help those in need. Another example involves the
donations from his welding business to Toys for Tots to aid our local sheriff's annual drives for
local children who otherwise would not receive anything based on family circumstances. During

the Texas ice storms where the roads were covered with slippery ice, Mario went out on the same dangerous roads looking for anyone who slid off the roads or was stranded, in danger. These examples show his character where he is a law abiding community helper who has never been at odds with the law. He is seen as a rock standing for good values and kindness in our community. He cannot go anywhere where someone doesn't call out his name when they see him and come to shake his hand.

Mario is honest, selfless, law-abiding, gentle, and caring, He cherishes our community and its law enforcement. He is on friendly terms with local deputy sheriffs and has done *ride-alongs*. Not long ago he was attending police academy school by night and working his welding business by day in hopes to graduate and work with our sheriff's office. He has respect for the law and the officers. He poses no risk to anyone. He is solidly rooted in the community.

When called to go to a law enforcement interview concerning January 6th, he complied right away in the April of 2021 timeframe. He was never recontacted. The FBI expressed no further interest in Mario. From the April 2021 interview until his arrest in August 2023, Mario lived peaceably as he has always done.

We are a modest, middle income family as we both work. Mario is our primary breadwinner. I ask you to not keep him in jail when he is presumed innocent, is not a flight risk, and is no danger to anyone. Please let him come home where he lived peacefully before January 6, 2021, and for the two years and eight months after January 6, 2021 prior to being arrested in August 2023. When the FBI showed up at our home, Mario immediately surrendered peacefully. I do not understand what caused the government to all of a sudden declare him as dangerous in August 2023 and to argue for the magistrate to keep him in jail. One day he was freely doing his welding work and walking about town, and the next day he was jailed for allegedly being a danger.

I can attest to his character and his future behavior for this case: he will show up in court as required, and he will follow all your Honor's release conditions. His respect for the law, his love for me, and the value he places on his solid reputation all mean he can be released with no concerns.

His welding business is now jeopardized due to his being in jail. All his equipment is in a leased shop where he owes rent while not having work income now. Mario is a hard working businessman who takes pride in all the work he does. Mario had started off in financial work many years ago, but he gravitated his business ventures to what is referred to as "blue collar"- trucking, auto mechanics, and welding. Mario and his father built a small trucking company and despite losses during the market and commercial business downturns in financial crisis periods, he was able to later reconstitute his trucking business. He branched out into welding. Upon his arrest he was in the middle of a welding job, and I ask that you let him return to complete that job without further harm to his business's reputation and viability. His profession is very much a vital one to the community as most of his welding is for local farmers. They count on him to make repairs with a guarantee all work will be done right, and for him to fabricate parts that are no longer being made.

My husband Mario is my everything. He has been by my side since I was 16 and not having him home is the second hardest things I have had to endure. The first was the loss of both my parents 2 years apart. Dad died on July 16, 2023 was laid to rest on the 18th of July. Two weeks later my husband was taken away from home and me while I was still grieving. The absence of my husband has created an inner emptiness because after all these years together, he is not home and we cannot talk or see each other daily, in private, as soul mates. His placement in pretrial confinement when he is supposed to be presumed innocent, and is no flight risk and no danger to anyone, feels like my heart has been ripped out. I do not understand this when he has never harmed anyone and is not a danger to anyone. He never lifted a finger to harm anyone. He has a viewpoint about the Second Amendment to the U. S. Constitution but never disobeyed any law regarding firearms. Violent criminals whose crimes are on video are released on bond, yet Mario is in jail before ever having a trial. Mario did not try to assault or assault anyone. Please release him.

His love for God, family and America are well known. He respects you and the Court. My husband has never been violent to me or anyone else. He was never in trouble with the law. He has never been a danger to anyone. I am the one who could be in danger from criminals while all alone in the rural country since the news reported his arrest, and our address is not private. Placing Mario in jail two years and eight months after January 6, 2023 when he did nothing violent that day or ever, is something I cannot understand. Please credit his lifetime following the law and never harming anyone. Please credit that he has never broken the trust of giving his word about something. If he agrees to follow release conditions then that is what he will do.

I hope you find favor of sending my best friend back home to me as he is loved and missed beyond words. Your Honor, I thank you again for your time in considering my request.

Most sincerely,

Andrea Mares

Andrea Mares

**FAMILY PICTURES**







HURRICANE RELIEF MISSION PREPARATION





FULL-SIZED HANDGUN AND LOVE HANDLES - COURTHOUSE LAWN DISPLAY
SECOND AMENDMENT

Lane Pinckney
Ballinger, Texas

September 18, 2023

United States District Court for the District of Columbia
Attention: Honorable Judge Ana C. Reyes
E. Prettyman Courthouse
Washington, D.C. 20001

Statement for Bond Hearing Re: Mario Mares, Case 1:23-cr-252 (ACR)

Dear Judge Reyes,

I HAVE PERSONALLY KNOWN MARIO MARES FOR APPROXIMATELY 15 OR 20 YEARS. I WAS A LAW ENFORCEMENT OFFICER IN RUNNELS COUNTY, TEXAS FROM AUGUST 1994 UNTIL MY RETIREMENT IN SEPTEMBER OF 2017. I WAS ELECTED JUSTICE OF THE PEACE AND TOOK OFFICE JANUARY 1, 2019 AND I STILL SERVE IN THAT CAPACITY. AS YOU MIGHT GUESS THOSE TWO POSITIONS HAVE KEPT ME IN TOUCH WITH THE CRIMINAL ELEMENT IN THIS COUNTY.

I HAVE ALWAYS HELD MARIO IN HIGH REGARD. HE IS AN HONEST HARD WORKING BUSINESS OWNER HERE IN RUNNELS COUNTY, IS MARRIED AND HAS MANY FRIENDS AND FAMILY MEMBERS HERE. DURING MY TENURE AS A LAW OFFICER AND JUDGE I HAVE NEVER KNOWN MARIO TO BE IN ANY KIND OF TROUBLE WITH THE LAW, OR EVEN ON THE RADAR FOR SUCH. IN FACT, I WOULD SAY HE IS PRO LAW ENFORCEMENT. I WOULD HOPE HE IS GRANTED A LOW BOND SO HE MAY RETURN TO WORK AT HIS WELDING BUSINESS TO SUPPORT HIS FAMILY. MARIO IS DEFINATELY NOT A FLIGHT RISK AND IS DEFINITELY NOT A THREAT TO SOCIETY. IF I THOUGHT HE WAS I CAN ASSURE YOU I WOULD NOT BE WRITING THIS ON HIS BEHALF. HE IS A GOOD MAN WHO LOVES THIS COUNTRY AND IS WELL THOUGHT OF BY SO MANY IN THIS COMMUNITY.

I RESPECTFULLY ASK THAT YOU STRONGLY CONSIDER RELEASING MARIO SO THAT HE MAY RETURN HOME TO PROVIDE FOR HIS FAMILY.

THANK YOU FOR YOUR TIME IN CONSIDERING THIS REQUEST.

Respectfully,

Becky Ferguson
Ballinger, Texas

September 19, 2023

United States District Court for the District of Columbia
Attention: Honorable Judge Ana C . Reyes
E Prettyman Courthouse
Washington, D.C. 20001

Statement for Bond Hearing Re: Mario Mares, Case 1:23-cr-252 (ACR)

Dear Judge Reyes,

I am a friend and former business associate of Mr. Mares.  I would like to humbly ask that you consider
my request and order release of Mr. Mares from Washington D.C. jail.

I have known Mr. Mares for approximately 12 years. We previously did business together and I find Mr.
Mares to be extremely honest and reputable. Mario is a hard worker and has built a good reputation in our
community. His business is well known to provide excellent service and be most reliable. Mario is a
peaceful, loving husband with no previous issues with the law to my knowledge.  He supports law en-
forcement and  is  friends with many of our local law enforcement officers.  I personally feel safe around
Mr. Mares and DO NOT feel threatened in his presence in any way. I believe Mr. Mares is a responsible
gun owner and uses his guns for hunting food for his family, as many folks in this area do.  He is much
more valuable here in his community than in a Washington D.C. jail.

Judge Reyes, thank you for your serious consideration in this matter. I'm sure you will agree with me that
Mario can be much more productive with his family and caring for his business than continuing to be held
in jail.

Most Respectfully,

*Becky Ferguson*

Becky Ferguson
Ballinger, Texas

Phillip Springer
Ballinger, Texas


September 27, 2023


United States District Court for the District of Columbia
Attention: Honorable Judge Ana C. Reyes
E. Prettyman Courthouse
Washington, D.C. 20001

Statement for Bond Hearing Re: Mario Mares, Case 1:23-er-252 (ACR)

Dear Judge Reyes,

Thank you for your time in considering my request for you to release Mario Mares on bond to return home to Ballinger, Texas. I am a retired Chairman and CEO of a local Ballinger bank that has known Mr. Mares and his family for approximately ten years. I have known Mr. Mares in that time to be a man of integrity and faith who loves his family and his country. I worked with Mr. Mares from about 2015 to 2019 as his loan officer at the bank financing his small welding business with operating capital and equipment purchases. During this time period, I learned how much of a man of his word he is as he was taken advantage of by another contractor by not paying a substantial amount due him under a large contract. This compromised Mr. Mares ability to repay his debt to the bank as agreed. This forced him into a long term workout to pay the debt off. When most people would have filed for bankruptcy, Mr. Mares confirmed his reputation as a man of his word by fulfilling his obligation and repaying his debt off over an extended period of time with hard work and determination. I consider Mr. Mares to be a law abiding citizen and not a threat to the safety of this community. Mr. Mares has a good reputation of supporting law enforcement and helping others in need in our community. I would feel safe with him being back in our small town of Ballinger, Texas.

In summary, I consider Mario Mares a man of integrity and an asset to our town. I do not consider him a threat to the safety of the citizens of Ballinger or any community. I am requesting that you please release Mario Mares on bond. Thank you.

Sincerely;

Phillip Springer

Betty Hallmark
Ballinger, Texas

September 22, 2023

United States District Court for the District of Columbia
Attention: Honorable Judge Ana C. Reyes
E. Prettyman Courthouse
Washington, D.C. 20001

Statement for Bond Hearing Re: Mario Mares, Case 1:23-cr-252 (ACR)

Dear Judge Reyes,

I am writing to request the release of Mr. Mares from jail. I have known Mario for approximately eight years and have known other members of his family for many more. Mario is a man of good character and reputation. I know him to be honest, hardworking, and trustworthy. He loves his wife, his family, his community, and his country. He participates in many activities in our community, both civic and charitable. He is one of those men that the community calls on when there is a need. I cannot ever imagine that he would be a danger to anyone.

Thank you for your time in considering this request that Mr. Mares be released to go home to his loving wife and business.

Most Respectfully,

Betty Hallmark

Chester Plumley
Ballinger, Tx

10/02/2023

United States District Court for the District of Columbia
Attention: Honorable Judge Ana C. Reyes
E. Prettyman Courthouse
Washington, D.C. 20001

Statement for Bond Hearing Re: Mario Mares, Case 1:23-cr-252 (ACR)

Dear Judge Reyes,

Your Honor thank you for your time reading my request. My name is Chester Plumley, I am a long time resident of the community of Ballinger TX. I am also the assistant pastor at our church. I have known Mr. Mario Mares for around 15 years. He and his family attended our church. In this time I have never known Mr. Mario Mares to be a threat to anyone. I have observed him to be most loving and caring to his wife and loving big brother to his sister and his nieces. He is one of a very few professional welders whom I consider posses an amazing talent that is desperately miss and need him back in our area. He is also a great community person. I have observed his character and found him to be a very decent person and always respectful to others not just in church but in our community as well. I have had the pleasure of working with him overseeing a job for a school district that I worked for. When the school board discussed the need for a welder for a job, I did not hesitate at when the thought of asking Mario Mares came to mind, so I reached out to him to see if he would be available. He is great at his craft and I feel that he is of no harm to our community. His presence and his support for our local schools, first responders, and the local police officers is seen and felt by our community and it is greatly missed. I have witnessed what his absence has done to his wife and family. Faith in their family runs deep, however the absence of the head of the house has been hard and felt deeply by his wife. Everyone knows everyone in our small town, and on many occasions I would find my self in the same isles at our local grocery store as Mr. Mario and never have I felt him a danger to my self or my fellow citizens. My prayers during the time has been for the Lord's strength and for Mr. Mario Mares' safe return to his wife and community as his absence as been a hard on her to endure. We would surly appreciate the release of Mr. Mares back to his wife and family and at the same time our town would also benefit from him returning home. Your Honor I would like to again thank you for your time in reading my request.

Most sincerely,

Chester Plumley

Chester Plumley

Alvin Hallmark
Ballinger, Texas

September 22, 2023

United States District Court for the District of Columbia
Attention: Honorable Judge Ana C. Reyes
E. Prettyman Courthouse
Washington, D.C. 20001

Statement for Bond Hearing Re: Mario Mares, Case 1:23-cr-252 (ACR)

Dear Judge Reyes,

Please accept this letter as my request that Mr. Mares be released from jail to return home to his family and our community. I am a farmer and met Mario several years ago when I needed repairs to some farm equipment. He's friendly and easy to get to know. I consider him to be my friend, not just a repairman. From dealing with him over time on a business basis, I know he is very hardworking and honest in his dealings.

He has an excellent reputation in our community and the surrounding area. I know I could call on him in any emergency. As a senior citizen, that is very reassuring.

Thank you for your time in considering my request to release Mario. We need and very much want to have him home again.

Most sincerely,

*Alvin Hallmark*

Sylvia Ortiz
Winters, TX

9/22/2023

United States District Court for the District of Columbia
Attention: Honorable Judge Ana C. Reyes
E. Prettyman Courthouse
Washington, D.C. 20001

Statement for Bond Hearing Re: Mario Mares, Case 1 :23-cr-252 (ACR)

Dear Judge Reyes,

First, I would like to thank you for your time and consideration in releasing Mr. Mares, so he can return home with his loving wife and business. Mr. Mares is a great family man who is also a blessing to our community. I met Mr. Mares about 3 years ago when I began working with his wife and have nothing but respect for him. I would describe Mr. Mares as a family man who follows the law and has a love for America that is impressive. Mr. Mares is a wonderful man, and a great asset to our community especially with our youth. He was often seen at our local gym mentoring the young kids and is deeply missed. Working with Mr. Mares wife I had the opportunity to see him often and it was great, he would keep us informed of community events and was always willing to lend a hand. I would feel safe with Mr. Mares and want him as a member of the community and not in jail.

Most Respectfully,

Chad Hardy
Ballinger, TX

9/22/2023

United States District Court for the District of Columbia
Attention: Honorable Judge Ana C. Reyes
E. Prettyman Courthouse
Washington, D.C. 20001

Statement for Bond Hearing Re: Mario Mares, Case 1:23-cr-252 (ACR)

Dear Judge Reyes,

      This letter is in support of Mr. Mares. I ask that you please release him so that he may return to his family and community. Mario is missed in our community as he was active in many organizations and helped with community events.  He is law abiding individual and loves America and would do nothing to harm our country.  When moving to this area a few years ago Mario was one of the most welcoming people in the area and his spirit and work ethic is missed in the community. Please release Mr. Mares so that he can come home to his loving wife.  Thank you for your time in reading this letter and considering what I have said.

Sincerely,

Chad Hardy

Mary Isabel Cortez
Ballinger, Texas

September 22, 2023

United States District Court for the District of Columbia
Attention: Honorable Judge Ana C. Reyes
E. Prettyman Courthouse
Washington, D.C. 20001

Statement for Bond Hearing Re: Mario Mares, Case 1:23-cr-252 (ACR)

Dear Judge Reyes,

I know Mario Mares thru his wife Andrea for about six years. We work together and he comes in our office quite frequently and is always nice to everyone. The times I have been around him he is quite and pleasant. He owns and runs a respectful business in our town and works hard to provide for his family. He is a man that believes strongly in our rights and amendment's as we all do as Americans. He is one of the brave ones that stands up for all fellow Americans. He loves America, his family and wants peace in this world. He is a good person and means well and does no harm to no one. He will help anyone in need.
I ask that you release him from jail and return him back to his wife and family. He is a loyal and abiding citizen and not a danger to society and our country.

Thank you judge for your time in considering this request.

Most Respectfully,

*Mary Isabel Cortez*

Lavanda C. Mathes
San Angelo, TX.

September 23, 2023

United States District Court for the District of Columbia
Attention: Honorable Judge Ana C. Reyes
E. Prettyman Courthouse
Washington, D.C. 20001

Statement for Bond Hearing Re: Mario Mares, Case 1:23-cr-252 (ACR)

Dear Judge Reyes,

This letter is a request for the  release of Mr. Mares from jail. I have known Mario and his family for over 23 years.  He is a man of honor, integrity, and someone I trust completely. He is known in his community as a Christian man who follows the law.  He is a man of his word. My husband and I are honored to call Mario and Andrea our friends and we have complete trust in him because he is a man with outstanding character. I do not believe that he is a danger to anyone.  Mario is a hardworking man, who owns his own business, and he runs it with honesty and passion.  He loves what he does and how he can be of service to others.  Mario also has a reputation for being someone who supports the law enforcement.  He has several friends who are a part of the law enforcement community, and he has always supported them. I personally feel safe when I am around him at all times and I know that he would continue, like he has in the past, to be a law abiding member of his community.

Mario also is known for being a family man. He loves his wife, his father, and his siblings.  In fact, we know them all because he is so proud of his family and wants everyone to know them. He believes that God, his family, and his friends are his top priorieties in life. He also loves America. He was brought up with the same beliefs that I have, that America is the best country in the world.

Honorable Judge Reyes, I want to thank you for your time considering this request and I pray you will release Mr. Mares so that he will be able to return home to his wife, his father, Pablo, and also to return to work running his business.

Most Sincerely,

*Lavanda C. Mathes*

Lavanda C. Mathes, B.S., M.Ed.

James K Hays
San Angelo, TX


September 23, 2023

United States District Court for the District of Columbia
Attention: Honorable Judge Ana C. Reyes
E. Prettyman Courthouse
Washington, D.C. 20001

Statement for Bond Hearing Re: Mario Mares, Case 1:23-cr-252 (ACR)

Dear Judge Reyes,

I am writing to ask you to release Mr. Mario Mares from jail.  I have known Mario both
personally and professionally for 23 years. We worked out of the same San Angelo office
marketing financial services. Mario is absolutely the type of guy I would call if I were stranded
or needed help.  I know Mario to be a hard-working, law-abiding citizen and family man. He
runs a highly reputable business that is not only a benefit to his family but the local community
as well.  I don't believe Mario to be a danger to anyone.  He supports law enforcement; in fact,
he has been in the process of becoming a Runnels County deputy.  Our community benefits from
having Mario as one of its citizens.


Thank You for your time and consideration


                              Most Respectfully,

Martha Beimer
Ballinger, TX

9/24/2023

United States District Court for the District of Columbia
Attention: Honorable Judge Ana C. Reyes
E. Prettyman Courthouse
Washington, D.C. 20001

Statement for Bond Hearing Re: Mario Mares, Case 1:23-cr-252 (ACR)

Dear Judge Reyes,

I am well acquainted with Mario Mares. He was a customer of mine at my teller cage in the Ballinger National Bank of all the years I worked there. It was more than ten. Mario certainly is incapable of being a criminal or doing criminal things. I ask You to please, set him free and let him come home. Mario is not a perfect person but He is surely better than many millions. No one in town has ever said an ugly word about him. He is talented and sharp at his chosen skill. Mario would be in line at my desk and I would watch while others who came in behind him were happy to see him and visit amiably. He helped his nieces decorate floats for the parades, did little projects to help many others, including little old ladies like I am. I was in the rehab hospital in Lubbock with a shattered femur and called him when I realized that I was going to need rails to get onto my porch. He had them built that week. When I reached home a month later, He called to see if they were what I had requested. They were perfectly so and still used daily. He will build me a set for the back of the porch when He gets to come home from where He is now. He will still be an honored citizen. He is missed by more than his family.

He stood by his parents and their teachings and is a loving and loyal brother to his sister and her girls. Mario has an adored and lovely wife. She would not put up with ugliness from anyone and He would surely never give her reason to be upset with him. They are a lovely example of a near perfect pair.

He was and is always serious about his banking and yet completely jolly in his love of others. True kindness shines out his twinkling eyes when his face smiles. I have never heard one negative word about Mario or his beautiful wife.

His business is small but he is an artisan at his welding. He is relied upon by many on a regular basis. He is such a brick to those who need his kindness and occasional help.

Your honor, I really just want you to let him come home. I do Not trust people if they are not very very well known to me and yet, from the first few times I had the chance to visit with Mario, I knew, and still do, that he is the sort of man with whom I could and would entrust the care of my beautiful grand children on a vacation and not blink an eye.

Thank You again for seriously considering letting this good and community friend out of jail and exonerate his life as he is simply not capable of being a criminal of any ilk. I would be proud to call Mario "My Son"

Most Respectfully,

Martha Beimer

*Martha Beimer*

Eloise Hall
Ballinger, Texas

September 23,2023

United States District Court for the District of Columbia
Attention: Honorable Judge Ana C. Reyes
E. Prettyman Courthouse
Washington, D.C. 20001

Statement for Bond Hearing Re: Mario Mares, Case 1:23-cr-252 (ACR)

Dear Judge Reyes,

      First, I would like to thank you for your time and consideration of my request to release Mario Mares so that he can come back home to his wife, family, friends and business. Mario Mares is my brother and as such, I feel like I can speak on how we were raised. He loves God, family, his community and his country. He is a hard worker who operated his own welding shop. He is a man who has given his time to help others on so many occasions and so much that he even began classes to become a member of law enforcement to continue in this effort to help others. He was committed enough to work all day in triple digit heat during the normal work day then drive an hour to Abilene for his classes/training every night and an hour back after class. He is respected by many citizens in our community, both young and old. One of the things that he does that not very many people know about is that when we have had bad weather he would take the time to go out and look for people who were stranded on the highways because they slipped off the roads and he would help them get back on the road. He is generous and considerate of others. Please consider letting him come back to his wife and his business. He is missed by many.

Most Respectfully,

*Eloise Hall*

Lavanda C. Mathes
San Angelo, TX.

September 23, 2023

United States District Court for the District of Columbia
Attention: Honorable Judge Ana C. Reyes
E. Prettyman Courthouse
Washington, D.C. 20001

Statement for Bond Hearing Re: Mario Mares, Case 1:23-cr-252 (ACR)

Dear Judge Reyes,

    This letter is a request for the release of Mr. Mares from jail. I have known Mario and his family for over 23 years. He is a man of honor, integrity, and someone I trust completely. He is known in his community as a Christian man who follows the law. He is a man of his word. My husband and I are honored to call Mario and Andrea our friends and we have complete trust in him because he is a man with outstanding character. I do not believe that he is a danger to anyone. Mario is a hardworking man, who owns his own business, and he runs it with honesty and passion. He loves what he does and how he can be of service to others. Mario also has a reputation for being someone who supports the law enforcement. He has several friends who are a part of the law enforcement community, and he has always supported them. I personally feel safe when I am around him at all times and I know that he would continue, like he has in the past, to be a law abiding member of his community.

Mario also is known for being a family man. He loves his wife, his father, and his siblings. In fact, we know them all because he is so proud of his family and wants everyone to know them. He believes that God, his family, and his friends are his top priorieties in life. He also loves America. He was brought up with the same beliefs that I have, that America is the best country in the world.

    Honorable Judge Reyes, I want to thank you for your time considering this request and I pray you will release Mr. Mares so that he will be able to return home to his wife, his father, Pablo, and also to return to work running his business.

Most Sincerely,

*Lavanda C. Mathes*

Lavanda C. Mathes, B.S., M.Ed.