# Packing Slip



**Spartan Armor Systems**
Address
1830 W Copper St
Tucson, AZ  85745
Phone: (520) 396-3335
Email: admin@spartanarmorsystems.com

| Order # | Date |
|---|---|
| S196100 | 09/23/2021 |



| Ship To: | Bill To: |
|---|---|
| Andrea Mares<br>900 Hutchings Ave<br>Ballinger, TX  76821<br>UNITED STATES<br><br>PO Number: 196100 | Mario Mares<br><br>Ballinger, TX  76821<br>UNITED STATES |

| Carton Count | Date Scheduled | FOB Point | Shipping Terms | Carrier | Order Num |
|---|---|---|---|---|---|
| 1 | 09/20/2021 | Origin | Prepaid | Stamps.com | 196100 |

## Carton Info

| Carton # | Weight | Tracking # |
|---|---|---|
| 1 | | |
| | **Total Weight:** | **Carton Count: 1** |

| Line # | Part # | Description | Qty Ordered | Qty Shipped | Qty Remaining |
|---|---|---|---|---|---|
| 1 | SAS-AC-LC-OD-KIT | Spartan Armor Systems Achilles Shooters Laser Cut Plate Carrier - OD Green | | | |
| 2 | SAS-AC-LC-OD | Spartan Armor Systems Achilles Shooters Laser Cut Plate Carrier - OD Green | 1 ea | 1 ea | 0 ea |
| 3 | SAS-AR5001012-ATC | AR500 Armor 10x12 Shooters Cut Set of Two - ATC | | | |
| 4 | SA-500-10 x 12 SH ATC BC | STEEL 500, 10 X 12 SHOOTERS CUT, ATC BASE COAT<br>2 ea - HN: SL1850-X05473 | 2 ea | 2 ea | 0 ea |
| 5 | SAS-AR50066 | AR500 6x6 Side Plates Set of Two - Base Coat | | | |
| 6 | SA-500-6 X 6 SIDE PLATE BC | STEEL 500, 6 X 6 SIDE PLATE BASE COAT<br>2 ea - HN: SK6849-X05388 | 2 ea | 2 ea | 0 ea |

September 23, 2021 6:14:07 AM MST

Page 1 of 1