UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | |
| v.    : | 23-cr-252 (ACR) |
| : | |
| MARIO MARES,    : | |
|         Defendant.    : | |

NOTICE OF OPPOSITION TO
DEFENDANT'S MOTION FOR PRETRIAL RELEASE

The United States respectfully files this Notice in Opposition to the Defendant's Motion for Pretrial Release, entitled "Motion to Revoke Magistrate's Detention Order and Set Release," filed on November 11, 2023. *See* Doc. 16. As discussed on the record at the Status Conference held before this Court on November 15, 2023, the government opposes the defendant's motion for release, for all of the reasons detailed in the government's Motion for Pretrial Detention, filed initially in the Northern District of Texas in Case No. 23-mj-27 at Doc. 14 and before this Court as an exhibit to the defendant's motion at Doc. 16-4.

The government recognizes, however, that the Court intends to grant the defendant's motion for release over the government's objection. Under these circumstances, the government requests that the Court impose Special Conditions of Release, which the government will submit directly to the Court after conferral with the defense.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/ Katherine E. Boyles
Katherine Boyles
Assistant United States Attorney
D. Conn. Fed. Bar No. PHV20325

Katherine.Boyles@usdoj.gov
Phone: 203-931-5088
Ryan Sellinger
Assistant United States Attorney
NY Bar No. 552179
Ryan. Sellinger@usdoj.gov
Phone: (202) 815-8709

United States Attorney's Office
601 D Street NW
Washington, D.C. 20001