**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **23-cr-252 (ACR)** |
| | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **MARIO MARES,** | **:** | |
| **Defendant.** | **:** | |

### ORDER GRANTING DEFENDANT'S MOTION FOR PRETRIAL RELEASE

For the reasons stated on the record at the status conference held on November 15, 2023 and as stated in the forthcoming memorandum opinion, and over the government's continuing objection, it is hereby:

**ORDERED** that the United States Marshals Service shall release Defendant MARIO MARES (Identification/Booking # 386063) from his current detention at the Washington, D.C. Central Detention Facility located at 1901 D. Street SE in Washington D.C. not later than 5:00 p.m. on November 17th, 2023, and conduct the required coordination with the Detention Facility management;

**ORDERED** that the attached Order Setting Conditions of Release will be implemented by the Defendant and supported by Pretrial Services with courtesy supervision in the Northern District of Texas, San Angelo Division.

**SO ORDERED** this 16th day of November, 2023.

_____
HONORABLE ANA C. REYES
United States District Judge