UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-cr-252 (ACR) |
| | : | |
| MARIO MARES, | : | |
| | : | |
| Defendant. | : | |

**JOINT PRETRIAL STATEMENT**

Pursuant to the Court's Standing Order for Criminal Cases, the Amended Pretrial Scheduling Order entered in this case at Doc. 26, and the Court's 8/20/2024 Minute Order, the parties hereby submit the following joint pretrial statement.

A. Plea Offers

  i. The government made a written plea offer on December 18, 2023, with an expiration date of January 30, 2024. The proposed plea agreement and statement of offense are attached to this filing as Exhibits A1 and A2.

  ii. (1) *From the defense:* On December 18, 2024, Defense counsel conveyed the government's plea offer, including the government's agreement letter and the proposed statement of the offense where Mr. Mares was to plead guilty to Counts One and Two in the Indictment, charging him with Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, in violation of 18 U.S.C. 1752(a)(1) and (b)(1)(A), and Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. 1752(a)(2). The offer was for a felony with a statutory maximum of ten years. Mr. Mares was fully informed of the consequences of rejecting the plea as Defense Counsel also conveyed the government's separate written statement

that "Should your client wish to reject the offer (as is his right), the government will continue to investigate the matter, to include investigation of possible violations of 18 U.S.C. 1512(c)(2), and any other crimes that may apply." Mr. Mares rejected the offer on January 29, 2024.

*From the government:* The government objects to the selective inclusion of some, but not all of its statements regarding the plea proposal.  For full context of the discussion between the parties, the government has included the emails conveying the plea offer and subsequent discussions at Exhibits A3 and A4.

(2) The proposed plea agreement explained that the statutory maximums for Count One of the Indictment are 10 years of imprisonment, a $500,000 fine, three years of imprisonment, and a special assessment of $100.  The proposed plea agreement further explained that the statutory maximums for Count Two of the Indictment are one year of imprisonment, a $200,000 fine, and one year of supervised release.  The proposed plea agreement also explained that the Defendant's anticipated, advisory, Sentencing Guidelines range would be zero to six months of incarceration with a fine range of $2,000 to $20,000.

B. <u>Joint Statement</u>:

    a. In this criminal case, the Defendant Mario Mares faces four criminal charges, where two are felonies:

        i. Count One charges Mares with Entering or Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon;

        ii. Count Two charges Mares with Disorderly or Disruptive Conduct in a Restricted Building or Grounds;

      iii. Count Three charges Mares with Unlawful Possession of a Firearm on Capitol Grounds or Buildings; and

      iv. Count Four charges Mares with Disorderly Conduct in a Capitol Building or Grounds.

  b. Mr. Mares denies each charge and has pleaded not guilty to all charges.

C. <u>Proposed Voir Dire Questions</u>: Not applicable, as the Defendant has indicated his desire to waive his right to a jury trial and proceed with a bench trial. *See* Doc. 33 (Motion to Waive Jury Trial); 8/20/2024 Minute Order.

D. <u>Proposed Legal Instructions</u>: Attached as Exhibit D.

E. <u>Witnesses</u>:

  a. Government's Witness List:

| Agency | Name | Description | Will Call | May Call |
|---|---|---|---|---|
| FBI | Nathan Cobb, Special Agent | Case agent | X | |
| FBI | John C. Hauger, Special Agent | Expert, Cellular Analysis Survey Team ("CAST") | | X |
| FBI | Jonathan Fuggit, Special Agent | Investigative team | | X |
| FBI | Elizabeth Crabill, Special Agent | Investigative team | | X |
| FBI | Michael Edmiston, Special Agent | Investigative team | | X |
| USCP | Carneysha Mendoza, Captain | Responding officer on January 6, 2021 | X | |
| USSS | Elizabeth Glavey, Special Agent | Served with the Vice President's protective detail on January 6, 2021 | X | |
| None | Hotel Employee #1 | Working on January 5 when defendant stayed at the hotel | X | |
| None | Hotel Employee #2 | Working on January 5 when defendant stayed t the hotel | | X |
| None | Subject 1 | Traveled to Washington, D.C. with the defendant for January 6, 2021 | X | |

| None | Subject 2 | Traveled to Washington, D.C. with the defendant for January 6, 2021 | X | |
|---|---|---|---|---|
| USAO | Leif Hickling | Litigation Services *(only if necessary regarding the processing of video evidence)* | | X |
| USAO | Charles Bruce | Litigation Services *(only if necessary regarding the processing of video evidence)* | | X |

b. Defendant's Witness List:

   i. Mario Mares

   ii. Summary Witness for West Side Video - David Sumrall to testify as to videos of what people saw when entering the west side after the 12:53 "breach" - whether there were signs and notice

   iii. Summary Witness for Restricted Area documents, video, and execution - Larry Cunningham ("Redline" accuracy or not, USCP announcement for west side closure, and related statutes for responsibility of USCP and USSS)

F. List of Motions in Limine:

   a. Government's Motion in Limine regarding Cross Examination of Secret Service Witness (*see* Mot., Doc. 28; Response, Doc. 32; Reply, Doc. 36)

   b. Defendant's Omnibus Motion in Limine (*see* Mot., Doc. 29; Response, Doc. 35; Reply, Doc. 37)

G. List of Prior Convictions: None.

H. Exhibit Lists:

   a. The government's exhibit list is attached as exhibit H.

    b. The defendant's exhibit list is not required at this time according to the standing order but will be provided to the government this weekend, less impeachment exhibits after it sees the government's final exhibit list and exhibits.

I. <u>Stipulations</u>: The parties have not yet agreed to any stipulations but will continue to work together to reach agreement wherever possible.

J. <u>Proposed Verdict Form</u>:

    a. The government's proposed verdict form is attached as Exhibit J1.

    b. The defendant's proposed verdict form is attached as Exhibit J2.

Government counsel has conferred with defense counsel, who concurs in the filing of this Pretrial Statement as a joint statement.

                                     Respectfully submitted,

                                     MATTHEW M. GRAVES  
                                   UNITED STATES ATTORNEY  
                                   D.C. Bar Number 481052

By:   <u>/s/ *Katherine E. Boyles*</u>  
       Katherine E. Boyles  
       Ryan Sellinger  
       Assistant U.S. Attorneys  
       D. Conn. Fed. Bar No. PHV20325  
       United States Attorney's Office  
       601 D Street NW  
       Washington, D.C. 20001  
       Phone: 203-931-5088  
       Email: Katherine.Boyles@usdoj.go