UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-cr-252 (ACR) |
| : | |
| MARIO MARES, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S PROPOSED VERDICT FORM**

Count 1:   Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon (18 U.S.C. § 1752(a)(1) and (b)(1)(A))

   _____ Not Guilty     _____ Guilty

Lesser Included Offense: Entering and Remaining in a Restricted Building or Grounds (18 U.S.C. § 1752(a)(1))

   _____ Not Guilty     _____ Guilty

Count 2:   Disorderly and Disruptive Conduct in a Restricted Building or Grounds (18 U.S.C. § 1752(a)(2))

   _____ Not Guilty     _____ Guilty

Count 3:   Unlawful Possession of a Firearm on Capitol Grounds or Buildings (40 U.S.C. § 5104(e)(1)(A))

   _____ Not Guilty     _____ Guilty

Count 4:   Disorderly Conduct in a Capitol Building or Grounds (40 U.S.C. § 5104(e)(2)(D))

   _____ Not Guilty     _____ Guilty

Signed: _____     _____
                           Hon. Ana C. Reyes
                            United States District Court Judge