# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. 1:23-cr-00252 (ACR) |
| ) | |
| **MARIO MARES,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

To:   The clerk of court and all authorized parties of record,

Given newly arisen and unavoidable schedule conflicts, and upon coordination with the Defendant and lead counsel, who has another second chair identified if needed, the below signed Counsel for Defendant hereby provides the Court with his Notice of Withdrawal of Appearance of Counsel, effective immediately for **DEFENDANT MARIO MARES**.

Dated September 15, 2024                    Respectfully submitted,

/s/ Christopher Grisham
Christopher J. Grisham, TX Bar #24124533
Defense Attorney
Law Offices of CJ Grisham, P.L.L.C.
3809 S. General Bruce Dr., #103-101
Temple, TX 76502
Tel: 254-405-1726
Email: cj@cjgrisham.com

## CERTIFICATE OF SERVICE

I hereby certify on the 15th day of SEPTEMBER 2024, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Christopher Grisham
Christopher J. Grisham, Esq.
