UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 1:23-cr-0252 (ACR) |
| ) | |
| MARIO MARES,   ) | |
| ) | |
| Defendant.   ) | |

## MOTION TO WITHDRAW AS COUNSEL

Christopher Grisham, an attorney of record for Mario Mares, the defendant in the above-captioned case, hereby respectfully moves this honorable Court for an order allowing him to withdraw as an attorney of record, and submits the following in support:

This is a permissive request and does not involve any mandatory issues surrounding withdrawal of counsel. The withdrawal request is due to unresolvable scheduling conflicts. Mr. Mares concurs with this request. Mr. Mares' dedicated representation by Ms. Carolyn Stewart continues.

I remain supportive of Mr. Mares as a person and defendant. Mr. Mares will not be prejudiced by this request.

WHEREFORE, in consideration of the foregoing request, and for such other reasons that may appear just and proper, I request that this court issue the proposed order permitting me as undersigned counsel to withdraw as an attorney of record and, by doing so, relieve me of any further obligation to this case.

Dated September 16, 2023 			Respectfully submitted,

			Christopher J. Grisham, TX Bar #24124533
			Defense Attorney
			Law Offices of CJ Grisham, P.L.L.C.
			3809 S. General Bruce Dr., #103-101
			Temple, TX 76502
			Tel: 254-405-1726
			Email: cj@cjgrisham.com

## CERTIFICATE OF SERVICE

I hereby certify on the 16th day of September, 2024, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

			/s/ Christopher J. Grisham
			Christopher J. Grisham, Esq.