UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cr-252 (ACR) |
| | ) | |
| **MARIO MARES,** | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION WITH NOTICE OF DECLARATION OF CONSENT TO REMOTE TELECONFERENCE

Defendant, MARIO MARES, by and through undersigned counsel, provides notice that he signed the attached declaration consenting that the October 31, 2024, verdict be held via remote Video Teleconference rather than in-person for the Defense, and that he consents to his and counsel's attendance via Zoom as allowed by the Court's decision. The government does not oppose.

Given medical considerations and the Court's decision, Mr. Mares provides this for the record and requests the Court accept his Motion and Notice to proceed on October 31, 2024, via Zoom.

Dated October 25, 2024                    Respectfully submitted,

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart, D.D.C. Bar No. FL-0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
Email: Carolstewart_esq@protonmail.com

2

## CERTIFICATE OF SERVICE

I hereby certify on the 25th day of October 2024, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart, Esq.
