UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>MARIO MARES,        )<br>)<br>Defendant.  ) | Case No. 1:23-cr-00252 (ACR) |

**DEFENDANT MARES' CONSENT TO GOVERNMENT MOTION TO DISMISS CASE**

Comes now the Defendant, MARIO MARES, by and through undersigned counsel, and respectfully moves this court pursuant to Federal Rule of Criminal Procedure 48(a) to grant the Government's Motion at ECF No. 59 and dismiss all counts with prejudice. Mr. MARES supports his request as follows:

The Government filed a Motion to dismiss the case styled above on January 21, 2025, subsequent to President Trump's Executive Order dated January 20, 2025, with its Pardon Proclamation that directed "the Attorney General to pursue dismissal with prejudice to the government of all pending indictments against individuals for their conduct related to the events at or near the United States Capitol on January 6, 2021." Mr. Mares did not have a final conviction, and he fell into the category for dismissal. To date, the Court has not provided a dismissal.

Dismissal is supported by Fed. R. Crim. P. 48(a). Mr. Mares fully consents to the Motion.

**CONCLUSION**

Wherefore, for good cause shown and for the ends of justice, the Court should grant the Government's Motion and sign the Proposed Order submitted by the Government on January 21, 2025.

Dated February 4, 2025

Respectfully submitted,

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart, Bar No. FL-0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
Email: Carolstewart_esq@protonmail.com

**CERTIFICATE OF SERVICE**

I hereby certify on the 4th day of FEBRUARY 2025, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Carolyn Stewart
Carolyn Stewart, Esq.